# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Ricky R. Rivera's residence located at 3400 W. Scott St.,<br>Milwaukee, WI 53215; and 2020 black Nissan Sentra sedan,<br>VIN #3N1AB8CVXLY211305 & WI license plate: AGP-1091 | )<br>)<br>)<br>)<br>)<br>) | Case No.21-833M(NJ)<br><br>Matter No.: 2020R00233 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A. Over which the Court has jurisdiction pursuant to 18 U.S.C. §§ 2703 and 2711 and Federal Rule of Criminal Procedure 41.

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §922(a)(1)(A); 26 | Engaging in a firearms business without a license |
| U.S.C. § 5861(b); 26 U.S.C. § | Receipt or possession of firearm transferred in Violation of the NFA |
| 5861(f) and 18 U.S.C. § 371 | Making a Firearm and Conspiracy |

The application is based on these facts:

See attached affidavit for additional offense descriptions.

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

RICHARD CONNORS    Digitally signed by RICHARD CONNORS
Date: 2021.03.15 14:11:20 -05'00'

*Applicant's signature*

ATF SA Richard Connors

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means)*.

Date: March 15, 2021

City and state: Milwaukee, Wisconsin

*Judge's signature*

Honorable Nancy Joseph, U.S. Magistrate Judge

*Printed name and title*

I, RICHARD CONNORS, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the search of property described in Attachment A and the seizure from that property evidence described in Attachment B.

2.      I am employed as a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") assigned to the Milwaukee Field Office since October, 2015. I have been employed as a fulltime law enforcement officer for over five and a half years. I have received training at the Federal Law Enforcement Training Center in Glynco, Georgia. I attended the Criminal Investigator Training Program, as well as ATF's Special Agent Training Program. I have received training in the investigation of unlawful possession of firearms, the unlawful transfer of firearms, and the unlawful dealing in firearms without a dealers' license. Prior to becoming a Special Agent with the ATF, I received two (2) bachelor's degrees from Northern Illinois University in the fields of Sociology and International Relations. I received a master's degree from Northern Illinois University in the field of American Government.

3.      I have received training in the investigation of firearm and drug trafficking. Based on my training, experience, and participation in firearm trafficking investigations, I know and/or have observed the following:

        a.      I have utilized informants to investigate firearm and drug trafficking. Through informant interviews and debriefings of individuals involved in those

offenses, I have learned about the manner in which individuals and organizations distribute these items in Wisconsin and elsewhere;

b.      I have also relied on informants to obtain firearms (as opposed to licensed gun dealers) and controlled substances from individuals on the streets, known as a controlled purchase;

c.      I have experience conducting street surveillance of individuals engaged in firearm and drug trafficking.  I have participated in the execution of numerous search warrants where drugs, firearms, ammunition, and magazines have been seized;

d.      I am familiar with the language utilized over the telephone to discuss firearm and drug trafficking, and know that the language is often limited, guarded, and coded;

e.      I know that firearm and drug traffickers often use electronic equipment to conduct these operations;

f.      I know that drug traffickers commonly have in their possession, and at their residences and other locations where they exercise dominion and control, firearms, ammunition, and records or receipts pertaining to such;

g.      I know that firearm and drug traffickers often put their telephones in nominee names to distance themselves from telephones that are utilized to facilitate these and related offenses; and

h.      I know that firearm and drug traffickers often use proceeds to purchase assets such as vehicles, property, jewelry, and narcotics.  I also know that firearm and drug traffickers often use nominees to purchase and/or title these assets to

avoid scrutiny from law enforcement officials  I also know what firearm and drug traffickers may keep photographs of these items on electronic devices.

4.      I have participated in multiple firearm and drug trafficking investigations that involved the seizure of computers, cellular phones, cameras, and other digital storage devices, and the subsequent analysis of electronic data stored within these computers, cellular phones, cameras, and other digital storage devices.  In many occasions, this electronic data has provided evidence of the crimes being investigated and corroborated information already known or suspected by law enforcement.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other investigators and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C § 922(a)(1)(A) (engaging in a firearms business without a license), 26 U.S.C. § 5861(b) (Receipt or Possession of Firearm Transferred in Violation of the NFA), 26 U.S.C. § 5861(d) (Possession of Unregistered NFA), 26 U.S.C. § 5861(e) (Transferring Firearm in Violation of NFA),  26 U.S.C. § 5861(f) (Making Firearm in Violation of NFA), 26 U.S.C. § 5861(i) (Possession of NFA without a Serial Number), 18 U.S.C. § 924(c) (possessing a firearm during the commission of a drug crime), 21 U.S.C. §§ 841 and 846 (conspiracy to distribute controlled cubstance(s)).  There is also probable cause to search the property described in Attachment A for evidence of these crimes as further described in Attachment B.

## PROPERTY TO BE SEARCHED

7.     As detailed below, there is probable cause to believe Ricky R. RIVERA's residence, which is identified as 3400 West Scott Street, Milwaukee, Wisconsin, 53215 (more fully described in Attachment A) and Ricky R. RIVERA's 2020 black Nissan Sentra Sedan, bearing VIN #3N1AB8CVXLY211305 and Wisconsin license plate AGP-1091 (more fully described in Attachment A) contain items that constitute evidence of criminal violations of federal firearm and narcotics laws committed by Ricky R. RIVERA.

## PROBABLE CAUSE

8.     On June 9, 2020, ATF confidential informants (CI) 28829 and 28830 stated they were aware of an individual named "Noma" who was selling firearms and silencers. CI 28829 advised "Noma" could obtain multiple silencers and fully automatic weapons. "Noma" was identified by the CIs via Wisconsin driver's license photograph as Noman AFZAL (W/M, DOB: 09/06/2001).   According to the CIs, AFZAL claimed he had an associate that could obtain these items.

9.     For several reasons, case agents believe that the CIs are reliable and credible. First, the CIs have been provided information that was corroborated by the recovery of physical evidence. For instance, with the assistance of a video provided by the CIs of AZAL firing the pistol with the suspected silencer, the CIs were able to direct agents to the location where this incident occurred.   This information was corroborated when an ATF canine search located expended 9mm shell casings (incident outlined below).    The CIs do not have any outstanding charges or cases pending.  The CIs have expressed their concern for public safety and expressed their desire to remove these items and the individual(s) responsible for manufacturing them (silencers and fully automatic firearms).  Third, the CIs are also receiving financial compensation

for their information. The CIs know that if their information is not accurate or fabricated they will not receive compensation. CI 28829 has one 2014 misdemeanor disorderly conduct conviction and one 2019 retail theft conviction. CI 28830 has one 2012 misdemeanor retail theft conviction.

10. During this investigation we have conducted multiple "controlled buys." Based on my training and experience, I know a "controlled buy" is a law enforcement operation in which an informant purchases drugs, firearms or other items from a target. The operation is conducted using surveillance, usually audio and video recording equipment and pre-recorded purchase money provided by law enforcement. When a confidential informant is used, s/he is searched for contraband, weapons, and money before the operation. The informant is wired with a concealed body recorder and/or a monitoring device. When the transaction is completed, the informant meets cases agents at a pre-determined location and gives the agents the purchased drugs, firearms or other purchased items and the recording/monitoring equipment. The informant is again searched for contraband, weapons, and money and then is interviewed by the case agents about the transaction. If the informant purchased drugs, a sample of the suspected drugs is field tested by the case agents for the presence of controlled substances and then placed in inventory. Ideally, all of the calls to the target by the informants are consensually recorded calls under the direction and control of case agents and made in the presence or by direction of case agents. Additionally, case agents typically observe the informants dial the target's number on each occasion. On occasion, it is not feasible or safe to record and monitor an informant's telephone call made to a target. Typically, these unrecorded calls are unforeseen adjustments or very short calls to indicate arrival, departure or other less significant issues. Unless otherwise noted, the controlled buys and telephone contacts summarized below were conducted pursuant to the above

procedures. The controlled buys conducted with Noman AFZAL are outlined below. Investigators, when possible, independently corroborated information provided by the CIs. Whenever possible telephone calls between the CIs and AFZAL were monitored. All meetings for controlled purchases between the CI and AFZAL were monitored, recorded, and documented by agents.

11.     CI 28829 provided ATF with a video from on or about June 3, 2020, that depicted AFZAL firing a handgun with a suspected silencer affixed to the barrel. AFZAL fired approximately six (6) shots near 1521 West Bruce Street, Milwaukee, Wisconsin, during daylight hours. The sound of the firearm discharging on the video was not as loud as a typical gunshot. Affiant believes the device screwed to the end of the barrel was softening the noise, and therefore, a suspected silencer. This CI also advised that AFZAL fired the same firearm with silencer at 2625 South Greeley Street, Milwaukee, Wisconsin.

12.     On June 10, 2020, ATF agents traveled to both locations, 1521 West Bruce Street and 2625 South Greeley Street, in order to locate expended shell casings. At the Greeley location, agents searched for the casings but found the area on a slope covered with grass. At the Bruce location, the area was covered in grass and underbrush. Agents contacted ATF Explosives Detection Canine (EDC) Handler Jason Salerno who has a dog (Sandi) that is trained in explosives detection. This means that Sandi can find expended shell casing fired from a firearm through scent.

13.     On June 11, 2020, SA Salerno and Sandi located two (2) PMC 9mm Luger ammunition casings in the grass at 2625 South Greeley Street. These casings were recovered by SA Salerno. At 1521 West Bruce Street, Sandi located one (1) PMC 9mm Luger ammunition casing on the lip of the sidewalk. This casing was recovered by SA Salerno.

14.     On June 11, 2020, CI 28829 and 28830 met ATF agents and conducted a telephone call to AFZAL's cellular phone at 414-539-8733 (AT&T listed as carrier). The CIs made final arrangements with AFZAL to purchase the suspected silencer for $1,600.00. The CIs and their vehicle were searched prior to the beginning of the operation. No contraband was located.

15.     On June 11, 2020, The CIs were instructed by AFZAL to travel to Wilson Park located at 1601 West Howard Avenue, Milwaukee, Wisconsin, 53221. AFZAL arrived in a silver, Hyundai Sonata bearing Wisconsin license plate AHJ-6759 and parked near the CIs. The registration plate listed to a gray, 2017 Subaru Legacy registered to AFZAL. AFZAL entered the CIs' vehicle and sat in the middle, rear passenger seat. The CIs and AFZAL engaged in negotiations. The CIs provided $1,600.00 (ATF funds) to AFZAL and AFZAL provided the suspected silencer to the CIs, all of which was video/audio recorded. AFZAL exited the CIs' vehicle, returned to his Hyundai Sonata, and then departed the area. The CIs immediately transferred the silencer into ATF possession (pictured below).



16.     Following the above-described transaction, the CIs informed the agents that AFZAL had called them regarding a proposed purchase of two (2) additional silencers. According to AFZAL, these silencers were constructed differently than the silencer purchased on June 11, 2020 and therefore, AFZAL proposed a reduced sale price. At the direction of ATF, the CIs initiated negotiations with AFZAL. The CIs and AFZAL agreed to meet on June 16, 2020. During their conversation, AFZAL referenced an individual who was manufacturing the silencers that AFZAL was selling to the CIs. AFZAL informed the CIs that this firearm supplier could make a fully automatic, AR-15 chambered in 300 "Black Out" ammunition. AFZAL told the CIs that he would be able to sell this firearm to them. AFZAL further advised the CIs that this firearm supplier lived on the north side of Milwaukee.

17.     On June 16, 2020, and in the presence of agents, the CIs called AFZAL on his cellular phone number at 414-539-8733. AFZAL and the CIs finalized the meeting location for the proposed purchase of two (2) silencers. The CIs were instructed by AFZAL to travel to "Gordie Boucher Nissan of Greenfield" located at 4141 South 108th Street, Greenfield, Wisconsin, 53228.

18.     On June 16, 2020, the CIs arrived at 4141 South 108th Street, Greenfield, Wisconsin, 53228 and found AFZAL in the same silver, Hyundai Sonata bearing license plate AHJ-6759. AFZAL was in the company of Klaudio PROKO (W/M, DOB: 09/06/2000). PROKO remained at the Nissan dealership while AFZAL entered the back seat of the CIs' vehicle. The CIs were asked by AFZAL to change locations to the Crawford Animal Hospital parking lot located at 4607 South 108th Street, Greenfield, Wisconsin, 53228. Affiant knows that changing locations is common tactic used by criminals who prefer to conduct counter-surveillance prior to consummating a deal for contraband. Once at the new location, AFZAL

advised the CIs he had three (3) silencers and showed these silencers to the CIs. Three (3) silencers was more than what was agreed upon during their phone negotiations for two (2) silencers. However, the CIs agreed to AFZAL's offer and purchased all three silencers for $1,800.00 (ATF funds). Also during the transaction, AFZAL told the CIs he could get a fully automatic AR-15, chambered in 300 "Black Out" ammunition, with a silencer for approximately $2,500.00. The proposed fully automatic AR-15 transaction would take place at a later date and time. After completing the transaction for silencers, which was video/audio recorded, AFZAL returned to his vehicle located in the Nissan dealership parking lot. The CIs departed the parking lot and immediately provided the three silencers to case agents (pictured below).



19.    ATF Special Agent Gregory Stimmel of the Firearms Technology Branch (FTB) observed photographs of the above silencers and provided verbal confirmation that these indeed are silencers. As a result of the determination, these items are regulated by the National Firearms Act (NFA).

20.    On June 16, 2020 and after the sale of the three (3) silencers, AFZAL contacted CI 28830 via Snapchat utilizing username "A-Naman."   During their conversation, AFZAL provided a photograph of the fully automatic AR-15 discussed during the silencer transaction (pictured below).  Affiant knows that Snapchat is a social media messaging application that can be used via cellular phone.



21.    On July 12, 2020, CI 28830 received a photograph of a firearm that appeared consistent with a Walther, model PPQ, .22 caliber pistol with threaded barrel capable to receive a silencer.  In addition, an object consistent with a silencer was visible.  The photo was sent from AFZAL's Snapchat account: "A-Naman".   The following is a screenshot provided by the CI from AFZAL:



22.     On July 15, 2020, CI 28830 and AFZAL agreed to meet for AFZAL to provide the CI a firearm with a silencer in exchange for US Currency.  ATF SA Michael Ramos (acting in an undercover capacity) drove the CI to complete the transaction.  CI 28830 and SA Ramos traveled to the agreed upon transaction location at 1601 West Howard Avenue, Milwaukee, Wisconsin.  While traveling to the transaction location, CI 28830 and AFZAL communicated via a Snapchat phone call to confirm they (CI and SA Ramos) were on the way.  Once at the above location, agents observed AFZAL in a white, Honda Accord bearing Wisconsin license plate AHJ6759 with an unknown male passenger.  SA Ramos and CI 28830 parked next to AFZAL. AFZAL entered SA Ramos' undercover vehicle to complete the sale.  Inside the vehicle, AFZAL presented a gun box containing the below items in exchange for $1,700 (ATF funds):

- a Walther, model PPQ, .22 caliber pistol bearing serial number PP015502, three (3) magazines

- (13) rounds of .22 caliber ammunition

- Suspected silencer



(Above mentioned Walther pistol)



(Above mentioned silencer)

23. ATF agents know that each deal between the CIs and AFZAL have been initiated utilizing cellular phones. Affiant knows this because AFZAL communicates between a series of text messages and phone calls. Further, AFZAL makes calls from places outside of his residence (such as the Nissan dealership). Affiant knows that this indicates that AFZAL keeps his cellular device on his person. In addition, the CIs have observed AFZAL manipulating his cellular phone during the aforementioned deals. This also means that AFZAL has the ability to utilize Snapchat to further this scheme when in possession of a cellular device.

24. Agents confirmed that the subscriber name and address for the cell phone associated with AFZAL (414-539-8733), is listed to Noman AFZAL of 4383 South 13th Street, Milwaukee, Wisconsin with a service provider of AT&T.

25. Throughout this case investigation, AFZAL has used Snapchat to communicate with ATF CIs and facilitate plans to traffic silencers and firearms. The CIs advised that AFZAL did not send pictures of firearms or silencers via traditional text messaging services. All photos of firearms and silencers for sale sent by AFZAL were always transmitted via Snapchat. The

following are screenshots taken by CI 28830 of firearms and silencers (not previously noted above) that were sent by AFZAL from Snapchat account "A-Naman" to the CI as part of the scheme to illegally traffic firearms:



(Photo sent to CI 28830 via AFZAL's Snapchat account on June 16, 2020)



(Photo sent to CI 28830 via AFZAL's Snapchat account on July 5, 2020)



(Photo sent to CI 28830 via AFZAL's Snapchat account on July 16, 2020)

26.     On August 21, 2020, (ATF) Special Agent Ryan Arnold obtained a federal search warrant authorized by the United States Magistrate Judge Stephen Dries for the contents of the Snapchat Account "**A-Naman.**" This account had been previously associated with Noman AFZAL (W/M, DOB: 09/06/2001). SA Arnold served the warrant to Snapchat on the same date.

27.     Case agents executed said Snapchat search warrant and subsequently observed multiple pictures and text message exchanges with the Snapchat Account "**otf_chiraq**". The accounts "**A-Naman**" and "**otf_chiraq**" discussed firearms. Your affiant suspects the account "**otf_chiraq**" belongs to Ricky R. RIVERA (W/M, DOB: 09/16/1999).

28.     Your affiant observed the following messages and photos:

- On 06/06/2020, **otf_chiraq** sent the following photo to **A-Naman**:



- On 08/10/2020, **otf_chiraq** sent the following messages to **A-Naman**:
  **otf_chiraq**: 34 Scott bro
  **otf_chiraq**: Where you at
  **otf_chiraq**: 34 Scott (your affiant is aware RIVERA's current Wisconsin driver's license has the listed address of 3400 West Scott Street, Milwaukee, Wisconsin)
  **otf_chiraq**: Yea gas (Your affiant is aware the street term "gas" is commonly associated with marijuana)
  **otf_chiraq**: Which one u slide up to again?

- On 08/20/2020, **otf_chiraq** sent the following messages to **A-Naman**:
  **otf_chiraq**: How soon can u get it
  **otf_chiraq**: I need one for the Rugar.22 (Your affiant is aware this term is likely referring to a .22 caliber Rugar firearm)

29.     Your affiant is aware firearm traffickers communicate with multiple different methods, this includes social media applications like Facebook, Snapchat, Instagram, WhatsApp, and traditional communicative methods like texting and calling. CIs 28829 and 28830 have used multiple methods when communicating with AFZAL. Additionally, the Snapchat return for the page "**A-Naman**" did not reveal any context behind the messages referenced in paragraph 28 of this affidavit. This suggests AFZAL and RIVERA could be communicating through additional means.

## **IDENTIFICATION OF FACEBOOK PAGES**

30.     Your affiant located a Facebook page believed to be associated with RIVERA. The page's vanity name is "Ricky Rivera (Rico)" and has a corresponding Facebook ID# of 100005757518453, and a URL of https://www.facebook.com/Otf773/. Your affiant compared the publicly viewable pictures of the individual on the page "Ricky Rivera (Rico)" to a state of Wisconsin Department of Transportation photograph of RIVERA, the two appear consistent. Additionally, your affiant reviewed a photograph on the Facebook page depicting RIVERA

outside of 3400 West Scott Street, Milwaukee, Wisconsin. It should be noted this is the listed address on RIVERA's Wisconsin driver's license.

31.     Your affiant reviewed photographs on the publicly viewable portion of the Facebook page "Ricky Rivera (Rico)." Your affiant observed multiple photographs depicting RIVERA with what appear to be firearms, large amounts of United States Currency, and suspected marijuana. Additionally, multiple individuals comment on the photos with various blue hearts and six point star emojis. Your affiant is aware through training and experience, these are common symbols associated with the Gangster Disciple street gang.

### SEARCH WARRANT EXECUTION ON THE FACEBOOK PAGE "RICKY RIVERA"

32.     On December 10, 2020, your affiant obtained a federal search warrant authorized by United States Magistrate Judge Stephen Dries (case no. 20-M-484 (SCD)) for the contents of the Facebook page "Ricky Rivera (Rico)," with the corresponding Facebook ID number 100005757518453, and a URL of https://www.facebook.com/otf773/. After executing said search warrant, results were received and downloaded from Facebook on February 4, 2021.

33.     The following posts and photographs can be viewed on the PDF format provided by Facebook. The number referenced to the post corresponds to the page number the post appears on in the Facebook PDF.  All times are in Coordinated Universal Time (UTC), the results cover the dates between January 1, 2019 through December 10, 2020.  The posts and photographs interactions reflect all firearm activity reviewed on the Facebook page for RIVERA. The posts and photographs reveal RIVERA's extensive access to firearms. All posts are in chronological order. It should be noted, there are multiple posts in the Facebook account that are not listed below. SA Connors located firearm posts encompassing the entire timeframe of the Facebook warrant.

- Conversation on May 9, 2019 between the profile "Ricky Rivera" and "Earl Million" discussing the possession of a firearm. The post is located on page 3714.

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2019-05-09 06:02:33 UTC
**Body** Yo bro

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2019-05-09 06:02:52 UTC
**Body** Do my heat gotta be under my name in order to shot it at the range?

**Author** Earl Million (Facebook: 100024627300746)
**Sent** 2019-05-09 08:41:22 UTC
**Body** Hell yeah

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2019-05-09 08:41:40 UTC
**Body** They check all that ?

**Author** Earl Million (Facebook: 100024627300746)
**Sent** 2019-05-09 09:01:14 UTC
**Body** Yea

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2019-06-22 17:31:15 UTC
**Body** Good lookin got me right ASAP

- Conversation on May 26, 2019 between the profile "Ricky Rivera" and "Anthony Cruz" discussing the sale of a firearm.

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2019-05-26 04:18:30 UTC
**Body** Who trying buy heat cuz

**Author** Anthony Cruz (Facebook: 100007142288113)
**Sent** 2019-05-26 04:19:30 UTC
**Body** $?

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2019-05-26 04:19:34 UTC
**Body** 4

**Author** Anthony Cruz (Facebook: 100007142288113)
**Sent** 2019-05-26 04:19:46 UTC
**Body** What kind

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2019-05-26 04:19:51 UTC
**Body** 9

**Author** Anthony Cruz (Facebook: 100007142288113)
**Sent** 2019-05-26 04:20:01 UTC
**Body** 350 cash rn and what brand

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2019-05-26 04:20:22 UTC
**Body** Can't go I'll take the L 4 lowest wanted 5

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2019-05-26 04:20:26 UTC
**Body** Tarus

- Post uploaded on June 6, 2019 located on page 3463 depicting RIVERA and a suspected pistol.



- Conversation on June 24, 2019 between the profile "Ricky Rivera" and "Mke Macho" discussing the sale and trade of firearms.



- Conversation on August 26, 2019 between the profile "Ricky Rivera" and "Antonio Escobar" discussing the sale and trade of firearms. In one of the comments, RIVERA states "Both my heat clean, just one not under me other one is." SA Connors knows a street term for a "clean gun" can refer to a firearm that is either not stolen or is legally registered. RIVERA stating "just one not under me" suggests he is possessing a firearm that is either not in his name or could have been used to commit a crime.

- Post uploaded on March 18, 2020 located on page 3245, depicting RIVERA with a suspected AR-15 style rifle and a suspected pistol with a drum magazine.



- Photos and corresponding conversation posted on April 24, 2020 between the profile "Ricky Rivera" and "Victor Rivera" discussing the sale of an AR-15 style rifle. The posts were located on page 13851-13858.





**Photo ID**

276917689987561

| | |
|---|---|
| **Author** | Victor Rivera (Facebook: 100047099176213) |
| **Sent** | 2020-04-24 23:24:47 UTC |
| **Body** | $1300 |

| | |
|---|---|
| **Author** | Victor Rivera (Facebook: 100047099176213) |
| **Sent** | 2020-04-24 23:25:01 UTC |
| **Body** | Lmk who intrested |

| | |
|---|---|
| **Author** | Ricky Rivera (Facebook: 100005757518453) |
| **Sent** | 2020-04-24 23:25:09 UTC |
| **Body** | Type of bullets it hold? |

| | |
|---|---|
| **Author** | Ricky Rivera (Facebook: 100005757518453) |
| **Sent** | 2020-04-24 23:26:08 UTC |
| **Body** | 22? |

| | |
|---|---|
| **Author** | Victor Rivera (Facebook: 100047099176213) |
| **Sent** | 2020-04-24 23:26:22 UTC |
| **Body** | Hold up kmma send a pic |

| | |
|---|---|
| **Author** | Ricky Rivera (Facebook: 100005757518453) |
| **Sent** | 2020-04-24 23:27:14 UTC |
| **Body** | You: 🙄🙄 |
| **Attachments** | sticker (369239263222822) |
| **Type** | image/png |



- Conversation and corresponding photos posted on June 22, 2020 between the profile "Ricky Rivera" and "Jordan Williams" discussing the sale and trade of firearms. The posts were located on page 3689-3690. RIVERA sent a list of firearms with a given price list. RIVERA refers to a "dirty" firearm, which could suggest the gun either is stolen or has been utilized in the past to commit a crime.

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:42:08 UTC
**Body** Any heats

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:42:35 UTC
**Body** A lot of em 🤣🤣🤣 just what u tryna spend?

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:42:47 UTC
**Body** Sell me one

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:42:49 UTC
**Body** Send pics

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:43:03 UTC
**Body** What u tryna spend so I can tell you

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:43:16 UTC
**Body** I got 4 at the most

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:43:31 UTC
**Body** Ouch that's going be a dirty gun fasho cuz

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:43:47 UTC
**Body** What you got that's clean

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:43:54 UTC
**Body** They running 7+

**Author** Jordan Williams (Facebook: 100003522885120)

| | |
|---|---|
| **Sent** | |
| | 2020-06-22 17:44:04 UTC |
| **Body** | They wackin |

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:44:10 UTC
**Body** I can get a K for 7

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:44:40 UTC
**Body** They clean🔫🔫🔫🔫d' but we talking pistols or machine ?

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:44:49 UTC
**Body** Pistol

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:45:01 UTC
**Body** Only reason they whacking is cause they know we not old enough
to go in store to buy em

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:45:14 UTC
**Body** Only thing we can buy is shotgun and long rifles

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:45:27 UTC
**Body** I got a long rifle already

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:45:44 UTC
**Body** Jordan sent a photo.
**chments** image-3516017841761058 (3516017841761058)
**Type** image/jpeg
**Size** 132565
**URL** https://interncache-odn.fbcdn.net/v/t1.15752-9/
p843x403/105332709_3516017845094391_333
94077500784830B_n.jpg?ccb=2&_nc_sid=73a6
a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW4Rl'jTWVkaWFVdGGlscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-odn
&tp=6&oh=140ce067d1a2274f5f31bc8bd8b29f
ca&oe=6040B7D0



**Photo ID**

3516017841761058

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:45:49 UTC
**Body** Look @ difference 🔫🔫

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:45:53 UTC
**Body** Yeah the pistol going run 7+ just cuz the age reason

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:46:26 UTC
**Body** Those mines

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:46:34 UTC
**Body** You sent a video.
**achments** video-1592847994.mp4 (869284473563724)
    **Type** video/mp4
    **Size** 2203263
    **URL** https://interncache-odn.fbcdn.net/v/t42.3356-2/
104283473_3293514117347294_917454034095
834681_n.mp4/video-1592847994.mp4?ccb=2&
_nc_sid=060d78&efg=eyJ1cmxnZW4iOiJwaHBfd
XJsZ2VuX2NsaWVudC9tbnRpbRpdHkvbWVzc2FnZV9
2aWRlbyJ9&vabr=22032636&_nc_ht=interncache
-odn&oh=850089521eeb3722318ff582e3b0a64
06oe=601C252C&dl=1

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:46:34 UTC
**Body** You sending pics?

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:47:12 UTC
**Body** Draco was 1600
FN was 1000
Glock was 500
Ar was 450

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:47:28 UTC
**Body** Sell the AR?

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:47:49 UTC
**Body** Or where you get it from?

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:48:11 UTC
**Body** 🙅🙅🙅 not rnm with everything going on but I can definitely look for

some for you but Dunham's I got the ar from but eveything off
shelf's ⬜⬜⬜♂️

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:49:17 UTC
**Body** What bout the Glock

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:49:27 UTC
**Body** Glock I bought from 3 party

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:49:34 UTC
**Body** 3rd*

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:49:36 UTC
**Body** What's the site?

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:49:48 UTC
**Body** It was my guy who sold it to me

Under bill of sale

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:50:25 UTC
**Body** By law your able to buy any hand gun from a 3rd party BUT not
store if your below 21 UNDER bill of sale

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:52:01 UTC
**Body** Every gun on Dunham's on sale rn

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:52:22 UTC
**Body** Ouuu might have to shop

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:52:26 UTC
**Body** And wym by under bill of sale

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:52:35 UTC
**Body** Some nice ass heats for sell

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-06-22 17:52:57 UTC
**Body** Basically a paper sayings it's not there nomore and it's yours
whatever happens to on you

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-06-22 17:54:58 UTC
**Body** Jordan sent a video.
chments video-1592848498.mp4 (974129723029567)
**Type** video/mp4
**Size** 3348445
**URL** https://interncache-odn.fbcdn.net/v/t42.3356-2/
105961080_3198785523533794_558862013379

- Photo and corresponding conversation posted on July 22, 2020 between the profile "Ricky Rivera" and "Jordan Williams" discussing the sale and trade of firearms. The posts were located on page 3699.



| Facebook Business Record | Page 3699 |

Photo ID 659833851550649

Author Jordan Williams (Facebook: 100003522885120)
Sent 2020-07-22 19:07:30 UTC
Body Came up on a 22

Author Ricky Rivera (Facebook: 100005757518453)
Sent 2020-07-22 19:07:56 UTC
Body That mf clean

Author Ricky Rivera (Facebook: 100005757518453)
Sent 2020-07-22 19:08:01 UTC
Body Check this

Author Jordan Williams (Facebook: 100003522885120)
Sent 2020-07-22 19:08:32 UTC
Body

Author Ricky Rivera (Facebook: 100005757518453)
Sent 2020-07-22 19:08:44 UTC
Body You sent a video.
Attachments video-1595444924.mp4 (398046644508751)
Type video/mp4
Size 413714



**Photo ID**

2425961624367803



**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-07-22 19:08:48 UTC
**Body** All for sale

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:09:28 UTC
**Body** 🔥🔥🔥🔥🔥

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:09:35 UTC
**Body** How much for each?

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-07-22 19:09:55 UTC
**Body** Uzi 1.2
Rose gold 1.8
FN 2.5

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:10:04 UTC
**Body** Jordan sent a photo.
**Attachments** image-3136596776427743 (3136596776427743)
           **Type** image/jpeg
           **Size** 35115
           **URL** https://interncache-odm.fbcdn.net/v/t1.15752-9/
115750020_3136596777961076_453937149698
579540_n.jpg?ccb=2&_nc_sid=73a6a0&efg=eyJ
1cmxnZW4iOjAwaHBlbjoZ2VuX2NkeWVudCJ9pb
W9nZW46RFtjWKsWFVdGiscyJ9&_nc_ad=z-m
&_nc_cid=06&_nc_ht=interncache-odm&oh=de59
18e65c6355222a9fb2db29dec390&oe=6042317
D



**Photo ID**

3136596776427743



**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:10:17 UTC
**Body** I was on ft acting a fool w my shit🤣🤣

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-07-22 19:10:24 UTC
**Body** Me asf🤣🤣🤣

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:10:36 UTC
**Body** I said who want smoke just lmk🤣🤣🤣🤣

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-07-22 19:10:45 UTC
**Body** That .22 smoov asab !

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:11:07 UTC
**Body** Nbs sum light

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:11:13 UTC
**Body** I'm getting a 5.56 next

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:11:28 UTC
**Body** Just bought my case for it

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:11:30 UTC
**Body** Jordan sent a photo.
**Attachments** image-3055585291162154 (3055585291162154)
           **Type** image/jpeg
           **Size** 4706888
           **URL** https://interncache-odm.fbcdn.net/v/t1.15752-0/
p600x600/109461027_3055585301162153_634
9693749705809664_n.png?ccb=2&_nc_sid=73a
6a06a&efg=eyJ1cmxnZW4iOjjwaHBlbToZ2VuX2Ns
aWVudCJ9pbW9nZW46RFtjTWksWFVdGiscyJ9&_
nc_ad=z-m&_nc_cid=06&_nc_ht=interncache-odm
&_nc_ig=30&oh=fc69b9d256d4f6a9e75310c6b
3ba21f9&oe=604156F3



**Photo ID** 3055585291162154

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-07-22 19:11:31 UTC
**Body** How much they charge you?

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-07-22 19:11:38 UTC
**Body** For the fun

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:11:47 UTC
**Body** Plug

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:12:18 UTC
**Body** For rifle w one mag w/ 525 bullets it was 5

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-07-22 19:12:22 UTC
**Body** Lmk if you want glocks are anything we can do bill of sale and all

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:12:46 UTC
**Body** What yo prices for a Glock

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-07-22 19:13:18 UTC
**Body** 9

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:14:02 UTC

**Body**
    I got a ruger rn so I'm valid rn

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:14:20 UTC
**Body** Jordan sent a photo.
**Attachments** image-776297066509121 (776297066509121)
**Type** image/jpeg
**Size** 3156318
**URL** https://interncache-odn.fbcdn.net/v/t1.15752-9/
p843x403/116042263_4330f855802487 71_849
2703942093227732_n.png?ccb=2&_nc_sid=73a6
a0&efg=eyJ1cmxnZW4iOjiwaHBfdXJsZ2VuX2Nsaa
WVudC9pbW9nZW46K9TjWVksoWFVdiGlscy96_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-odn
&_nc_tp=30&oh=27178f2f89b5673cfd4660c791
2c3a8d66oe=604D3447



**Photo ID**
776297066509121

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-07-22 19:15:55 UTC
**Body** Ouuuu you going kuku

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-22 19:31:17 UTC
**Body** 🤣🤣

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-07-22 22:19:07 UTC
**Body** Jordan missed your video chat.

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-07-23 01:08:20 UTC
**Body** What up

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-08-12 03:51:29 UTC
**Body** Mannnnn I'm finna have to get one

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-12 03:52:14 UTC
**Body** Might as well 🤣🤣🤣

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-08-26 08:02:22 UTC
**Body** How fast it go

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-26 08:03:04 UTC
**Body** 212cc already took governor off so about a good 40-45

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-08-26 08:03:19 UTC
**Body** That mf easy to ride?

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-26 08:03:37 UTC
**Body** It's like a bike my boy it's automatic

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-08-26 08:03:55 UTC
**Body** I'll ride that bitch from the north side to bay view omm🤣🤣

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-26 08:03:55 UTC
**Body** I sold my clutch one already

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-26 08:04:14 UTC

- Post uploaded on August 3, 2020 located on page 3174 depicting RIVERA with a suspected pistol in his pocket standing in front of his Nissan Sentra.



- Conversation on August 3, 2020 between the profile "Ricky Rivera" and "Shanin Mahan" discussing the sale of a handgun.

**Author** Shanin Mahan (Facebook: 100003191465986)
**Sent** 2020-08-03 19:47:02 UTC
**Body** What type of heats is it cuz

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-03 19:47:20 UTC
**Body** It be all types in the drops I usual wait till it's here

**Author** Shanin Mahan (Facebook: 100003191465986)
**Sent** 2020-08-03 19:47:44 UTC
**Body** Why u call it that u work at a gun store or sun

**Author** Shanin Mahan (Facebook: 100003191465986)
**Sent** 2020-08-03 19:47:47 UTC
**Body** Sum*

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-03 19:48:01 UTC
**Body** Lmao nah

**Author** Shanin Mahan (Facebook: 100003191465986)
**Sent** 2020-08-03 19:49:04 UTC
**Body** I just need a pistol sum nice not to small

**Author** Shanin Mahan (Facebook: 100003191465986)
**Sent** 2020-08-03 19:49:17 UTC
**Body** Not to big *

**Author** Shanin Mahan (Facebook: 100003191465986)
**Sent** 2020-08-03 19:49:23 UTC
**Body** I need sum tho

- Conversation and corresponding photo posted on August 8, 2020 between

the profile "Ricky Rivera" and "Alicia Sierra" discussing the sale of a handgun. The post is located on page 4445-4446.





- Conversation on August 28, 2020 between the profile "Ricky Rivera" and "Earl Million" discussing the sale of an AR-15 style rifle. The post is located on page 3716.

| Facebook Business Record | Page 3716 |
|---|---|

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-28 03:58:44 UTC
**Body** Street price ⬜⬜ 2.2pbo

**Author** Earl Million (Facebook: 100024627300746)
**Sent** 2020-08-28 04:00:03 UTC
**Body** For both ?

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-28 04:00:20 UTC
**Body** Only the ar pistol

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-28 04:00:29 UTC
**Body** 300 blk

**Author** Earl Million (Facebook: 100024627300746)
**Sent** 2020-11-22 17:37:12 UTC
**Body** How much

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-11-22 18:13:20 UTC
**Body** 1200

**Author** Earl Million (Facebook: 100024627300746)
**Sent** 2020-11-22 18:14:49 UTC
**Body** Ok

- Photo and corresponding conversation posted on September 2, 2020

between the profile "Ricky Rivera" and "Jordan Williams" discussing the sale and trade of firearms. The posts were located on page 3711-3712.



**Photo ID**
1425655347631139

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-09-02 21:26:10 UTC
**Body** I'm getting sum different

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-09-02 21:26:16 UTC
**Body** Yk anyone who want?

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-09-02 21:26:52 UTC
**Body** I'll check around

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-09-02 21:27:19 UTC
**Body** Comes w case, red/green sight w 4 beams, 2 clips 20 round & 30 round and then like 400 .22s

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-09-03 04:54:56 UTC
**Body** Sold it

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-09-03 04:55:12 UTC
**Body** Good shit did u do bill of sale for it?

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-09-03 04:55:27 UTC
**Body** Yeah

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-09-03 04:55:51 UTC
**Body** 🤣🤣 I had sold my glock under bill of sale to

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-09-03 05:00:31 UTC
**Body** How much you charged

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-09-03 05:00:38 UTC
**Body** 11

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-09-03 20:45:51 UTC
**Body** Sell me some so I can sell em too

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-09-09 20:46:03 UTC
**Body** That's what I'm about lmao what up

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-09-09 20:46:15 UTC
**Body** 180 for 10 that's 18 a pop for 10+

**Author** Jordan Williams (Facebook: 100003522885120)
**Sent** 2020-09-09 20:47:39 UTC

- Photo posted on October 10, 2020, located on page 3131, depicting

RIVERA and a suspected AK style pistol.



- Photo uploaded on October 30, 2020, located on page 3122, depicting RIVERA and a suspected handgun.



- Photo posted on November 8, 2020 located on page 3116 depicting

RIVERA with a suspected AK style pistol.



- Photo posted on January 26, 2021 to the publicly viewable portion of the Facebook page "Ricky Rivera." RIVERA appears to be holding an AK-style pistol.



34. The following Facebook posts and photographs reveal RIVERA's extensive access to various illegal narcotics. All posts are in chronological order. It should be noted, there are multiple posts in the Facebook account that are not listed below due to the sheer volume. SA

Connors located narcotic posts encompassing the entire timeframe of the Facebook warrant.

- November 16, 2019, RIVERA sent the below photo to multiple individuals. A subsequent conversation occurred with several accounts. Located on page 6916.



- December 28, 2019, RIVERA sent the below photo, which appears to be a price list for different quantities of marijuana. The post is located on page 4665.



- February 28, 2020, conversation between the account "Ricky Rivera" and

"Mke Cee." The two accounts discuss suspected marijuana prices and different quantities. RIVERA refers to being located in California. The conversation is located on page 8157.



180
Cookies 160
Purple 100
Durbin poison 120
Sour 100

Photo ID 694410687765936

Author Ricky Rivera (Facebook: 100005757518453)
Sent 2020-02-28 20:52:20 UTC
Body That's the prices you come to me with 160-180 call it even with the $25 you owe me

Author Mke Cee (Facebook: 100043889765227)
Sent 2020-02-28 20:52:34 UTC
Body Sayless cuz I gotchu

Author Mke Cee (Facebook: 100043889765227)
Sent 2020-02-28 20:52:50 UTC
Body That's love

Author Ricky Rivera (Facebook: 100005757518453)
Sent 2020-02-28 20:53:15 UTC
Body Fasho lmk promto before my girl leave and I'm telling you bro I can keep blessing u just gotta fwm and be patient I'm in Cali working on a lot of shid rn

Author Mke Cee (Facebook: 100043889765227)
Sent 2020-02-28 20:55:30 UTC
Body Let's get it cracking n u talkin to the most patient nigga in Milwaukee cuz it's just niggas done sold me a thousand dreams out here u showing me the real n that's 🙏🙏

Author Ricky Rivera (Facebook: 100005757518453)
Sent 2020-02-28 20:56:12 UTC
Body Shid look on snap u see where im at you see what I'm working wid🙏🙏🙏🙏

- March 22, 2020, conversation between the accounts "Ricky Rivera" and

"Mke Cee". The two discuss suspected marijuana prices and different quantities. This conversation is located on page 8174.

**Author** Mke Cee (Facebook: 100043889765227)
**Sent** 2020-03-22 04:16:31 UTC
**Body** What u pluggin on em if I get a 50

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-03-22 04:16:55 UTC
**Body** 12

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-03-22 04:17:08 UTC
**Body** 600 that's 12 each

**Author** Mke Cee (Facebook: 100043889765227)
**Sent** 2020-03-22 04:17:50 UTC
**Body** Ight I'll lyk cuz 🙏🏽

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-03-22 04:18:28 UTC
**Body** Bet and u just want like 10 they run 15 a pop

**Author** Mke Cee (Facebook: 100043889765227)
**Sent** 2020-03-22 04:20:04 UTC
**Body** If u tryna throw em I can off em fasho but I'm invested up in edibles gas n ⁕ rn I'm dumpin atm tryna run my paper back up

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-03-22 04:20:52 UTC
**Body** I feel you I feel you 🙏🏽 gotta dew zips of the lows left if you tryna get into that movement

**Author** Mke Cee (Facebook: 100043889765227)
**Sent** 2020-03-22 04:21:49 UTC
**Body** Come on I'll get em off

**Author** Mke Cee (Facebook: 100043889765227)
**Sent** 2020-03-22 04:22:59 UTC
**Body** Or I'll lyk I'll come grab em little by little cash i can run thru em either way

**Author** Mke Cee (Facebook: 100043889765227)
**Sent** 2020-03-22 04:23:36 UTC
**Body** Unless I run thru this load quick I'll grab like a qt

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-03-22 04:24:12 UTC
**Body** Cash me I got you I got like a good qp pf nugs

Ion front tbh wid you I got to much money out in the streets rn

- April 15, 2020, RIVERA sent the below photo to the Facebook account

"Mke Cee." A conversation occurred between the accounts on page 8195.



| | |
|---|---|
| **Author** | Mke Cee (Facebook: 100043889765227) |
| **Sent** | 2020-04-15 14:33:48 UTC |
| **Body** | What's the prices |
| **Author** | Ricky Rivera (Facebook: 100005757518453) |
| **Sent** | 2020-04-15 14:46:06 UTC |
| **Body** | Op wise it's running between 550-650 |
| **Author** | Mke Cee (Facebook: 100043889765227) |
| **Sent** | 2020-04-15 20:31:21 UTC |
| **Body** | Do a zip for 100-120 rq that's all I got rn cuz nbs |
| **Author** | Ricky Rivera (Facebook: 100005757518453) |
| **Sent** | 2020-04-15 20:33:48 UTC |
| **Body** | And u pull up? |
| **Author** | Mke Cee (Facebook: 100043889765227) |
| **Sent** | 2020-04-15 20:35:05 UTC |
| **Body** | Yea i can do that |
| **Author** | Ricky Rivera (Facebook: 100005757518453) |
| **Sent** | 2020-04-15 20:35:15 UTC |
| **Body** | light slide |
| **Author** | Ricky Rivera (Facebook: 100005757518453) |
| **Sent** | 2020-04-15 20:35:20 UTC |
| **Body** | 120 |
| **Author** | Mke Cee (Facebook: 100043889765227) |
| **Sent** | 2020-04-15 20:36:59 UTC |
| **Body** | light I'm bout to b omw cuz |
| **Author** | Mke Cee (Facebook: 100043889765227) |
| **Sent** | 2020-04-15 20:37:04 UTC |
| **Body** | Love□□□ |
| **Author** | Mke Cee (Facebook: 100043889765227) |
| **Sent** | 2020-04-15 21:23:46 UTC |
| **Body** | Im omw |

- May 5, 2020, RIVERA sent the below photo depicting suspected

marijuana to the Facebook account "Raylee Barnes." RIVERA references his address in the post (3400 West Scott Street, Milwaukee, Wisconsin). The conversation begins on page 4773.



| | |
|---|---|
| Author | Raylee Barnes (Facebook: 1229556452) |
| Sent | 2020-05-09 13:48:42 UTC |
| Body | How much a half of slr? |

| | |
|---|---|
| Author | Ricky Rivera (Facebook: 100005757518453) |
| Sent | 2020-05-09 19:13:27 UTC |
| Body | All gone only got black jack and blueberry |

| | |
|---|---|
| Author | Raylee Barnes (Facebook: 1229556452) |
| Sent | 2020-05-09 19:14:14 UTC |
| Body | What's the ticket |

| | |
|---|---|
| Author | Raylee Barnes (Facebook: 1229556452) |
| Sent | 2020-05-09 19:14:28 UTC |
| Body | And u got carts still? |

| | |
|---|---|
| Author | Ricky Rivera (Facebook: 100005757518453) |
| Sent | 2020-05-09 19:14:49 UTC |
| Body | Yes to carts |
| | And black jack 150 a zip |
| | Blueberry 100 a zip |

| | |
|---|---|
| Author | Raylee Barnes (Facebook: 1229556452) |
| Sent | 2020-05-17 14:46:41 UTC |
| Body | You at the crib |

| | |
|---|---|
| Author | Raylee Barnes (Facebook: 1229556452) |
| Sent | 2020-05-17 14:47:13 UTC |
| Body | You missed a call from Raylee. |

| | |
|---|---|
| Author | Ricky Rivera (Facebook: 100005757518453) |
| Sent | 2020-05-17 15:32:37 UTC |
| Body | My bad I just got up |

| | |
|---|---|
| Author | Ricky Rivera (Facebook: 100005757518453) |
| Sent | 2020-05-17 15:32:43 UTC |
| Body | But I only got lows |

| | |
|---|---|
| Author | Ricky Rivera (Facebook: 100005757518453) |
| Sent | 2020-05-17 15:32:59 UTC |
| Body | And I got A P of Girl Scout cookies for 22 |

| | |
|---|---|
| Author | Ricky Rivera (Facebook: 100005757518453) |
| Sent | 2020-05-17 16:55:38 UTC |
| Body | Yo |

| | |
|---|---|
| Author | Ricky Rivera (Facebook: 100005757518453) |
| Sent | 2020-05-17 16:55:46 UTC |
| Body | Ion leave there 🤷🏽‍♂️ |

| Author | |
|---|---|
| | Raylee Barnes (Facebook: 1229556452) |
| Sent | 2020-05-17 17:08:02 UTC |
| Body | I'm here |
| Author | Ricky Rivera (Facebook: 100005757518453) |
| Sent | 2020-05-17 17:09:46 UTC |
| Body | Come in |
| Author | Raylee Barnes (Facebook: 1229556452) |
| Sent | 2020-05-17 17:09:58 UTC |
| Body | A |
| Author | Ricky Rivera (Facebook: 100005757518453) |
| Sent | 2020-05-17 17:10:10 UTC |
| Body | ? |
| Author | Raylee Barnes (Facebook: 1229556452) |
| Sent | 2020-05-17 17:10:24 UTC |
| Body | 3400a? |
| Author | Ricky Rivera (Facebook: 100005757518453) |
| Sent | 2020-05-17 17:10:42 UTC |
| Body | Walk around the gate to front door |
| Author | Ricky Rivera (Facebook: 100005757518453) |
| Sent | 2020-05-22 02:55:00 UTC |
| Body | Raylee missed your video chat. |

- Photo posted on August 9, 2020 from the account "Ricky Rivera." The picture is located on page 9909. It appears RIVERA is distributing marijuana at the pound level from the below photograph.



- Conversation from August 2, 2020, from the Facebook account "Ricky Rivera" and the Facebook account "Mando Hernandez". RIVERA proceeds to reference his address in the post (3400 W. Scott St, Milwaukee, WI). The conversation begins on page 5968. RIVERA appears to organize a deal for suspected THC cartridges at his residence.

**Author** Mando Hernandez (Facebook: 100010428169308)
**Sent** 2020-08-20 21:52:50 UTC
**Body** What's good bro

**Author** Mando Hernandez (Facebook: 100010428169308)
**Sent** 2020-08-20 21:52:57 UTC
**Body** Let me get 2 carts

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-20 21:53:11 UTC
**Body** I got you I'll let yk when I'm bome $50

**Author** Mando Hernandez (Facebook: 100010428169308)
**Sent** 2020-08-20 21:53:52 UTC
**Body** Ok bro

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-20 22:32:40 UTC
**Body** Yk which ones u want I'm have my girl serve you

**Author** Mando Hernandez (Facebook: 100010428169308)
**Sent** 2020-08-20 22:33:07 UTC
**Body** Mando sent a photo.
**Attachments** image-316364223110830 (316364223110830)

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-20 22:34:30 UTC
**Body** 3400 w Scott it's going be in mail box

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-20 22:34:45 UTC
**Body** Just leave money there

**Author** Mando Hernandez (Facebook: 100010428169308)
**Sent** 2020-08-20 22:34:48 UTC
**Body** Ok bro

**Author** Mando Hernandez (Facebook: 100010428169308)
**Sent** 2020-08-20 22:35:12 UTC
**Body** I'll lyk when I grab them

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-20 22:37:03 UTC
**Body** Bet

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-20 22:42:39 UTC
**Body** How long ?

**Author** Mando Hernandez (Facebook: 100010428169308)
**Sent** 2020-08-20 22:42:48 UTC
**Body** 10 min

**Author** Mando Hernandez (Facebook: 100010428169308)
**Sent** 2020-08-20 22:55:01 UTC
**Body** I'm pulling up bro

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-20 22:55:12 UTC
**Body** It's in mail box are people in front first?

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-20 22:55:33 UTC
**Body** ^

**Author** Mando Hernandez (Facebook: 100010428169308)
**Sent** 2020-08-20 22:55:50 UTC
**Body** Yea there's a guy right on the porch

**Author** Mando Hernandez (Facebook: 100010428169308)
**Sent** 2020-08-20 22:55:54 UTC
**Body** He's sitting there

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-08-20 22:56:05 UTC
**Body** Send pic

- September 22, 2020, RIVERA sent the below photo to the Facebook account "Devon Tarantino." In the ensuing conversation, RIVERA references his address in the post (3400 West Scott Street, Milwaukee, Wisconsin). The conversation begins on page 5740. Additionally, RIVERA sent a photo depicting the porch to his address where the suspected marijuana would be located.



| | Facebook Business Record | Page 5740 |

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-09-22 01:26:04 UTC
**Body** Paris ogbased normal prcie

**Author** Devon Tarantino (Facebook: 100007787700085)
**Sent** 2020-09-22 01:39:38 UTC
**Body** How much a 3.5

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-09-22 01:59:16 UTC
**Body** 35

**Author** Devon Tarantino (Facebook: 100007787700085)
**Sent** 2020-09-22 01:59:30 UTC
**Body** I get off at like 1130 imma hit u then

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-09-22 01:59:34 UTC
**Body** Bet

**Author** Devon Tarantino (Facebook: 100007787700085)
**Sent** 2020-09-22 02:28:50 UTC
**Body** You u can sens me with like a 15 dolla nug of that stupid so i can feel it out i reall wanna try that shit but that price crazy

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-09-22 02:30:32 UTC
**Body** I'm doing 30 a g of that

**Author** Devon Tarantino (Facebook: 100007787700085)
**Sent** 2020-09-22 02:31:11 UTC
**Body** Say less ill cath some on thursday

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-09-22 02:31:26 UTC
**Body** Bet

**Author** Devon Tarantino (Facebook: 100007787700085)
**Sent** 2020-09-22 04:50:35 UTC
**Body** U still stay in the same place

**Author** Devon Tarantino (Facebook: 100007787700085)
**Sent** 2020-09-22 04:51:07 UTC
**Body** You missed a call from Devon.

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-09-22 04:51:12 UTC
**Body** No

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-09-22 04:51:14 UTC

**Body**
    34 scoot

**Author** Ricky Rivera (Facebook: 100005757518453)
  **Sent** 2020-09-22 04:51:16 UTC
  **Body** Scott

**Author** Ricky Rivera (Facebook: 100005757518453)
  **Sent** 2020-09-22 04:51:18 UTC
  **Body** Wyn again?

**Author** Devon Tarantino (Facebook: 100007787700085)
  **Sent** 2020-09-22 04:51:22 UTC
  **Body** Send addy finna b omw

**Author** Devon Tarantino (Facebook: 100007787700085)
  **Sent** 2020-09-22 04:51:23 UTC
  **Body** 3.5

**Author** Ricky Rivera (Facebook: 100005757518453)
  **Sent** 2020-09-22 04:51:37 UTC
  **Body** Bet I'm put in the back door mail box just leave money in there

**Author** Ricky Rivera (Facebook: 100005757518453)
  **Sent** 2020-09-22 04:51:39 UTC
  **Body** 3400 w Scott

**Author** Devon Tarantino (Facebook: 100007787700085)
  **Sent** 2020-09-22 04:52:17 UTC
  **Body** Apt or housem

**Author** Devon Tarantino (Facebook: 100007787700085)
  **Sent** 2020-09-22 04:52:19 UTC
  **Body** ?

**Author** Ricky Rivera (Facebook: 100005757518453)
  **Sent** 2020-09-22 04:52:44 UTC
  **Body** House

**Author** Devon Tarantino (Facebook: 100007787700085)
  **Sent** 2020-09-22 04:52:47 UTC
  **Body** Aight

Facebook Business Record        Page 5743



- October 6, 2020, post from the account "Ricky Rivera" to the account "Kewone BrooksII." Located on page 6880. The photo depicts bottles of promethazine and the ensuing conversation references a firearm for sale.



| | |
|---|---|
| **Author** | KewoneBrooksII (Facebook: 100050164514246) |
| **Sent** | 2020-10-06 04:45:01 UTC |
| **Body** | How much a pint |

| | |
|---|---|
| **Author** | Ricky Rivera (Facebook: 100005757518453) |
| **Sent** | 2020-10-06 04:47:54 UTC |
| **Body** | 40 each |

| | |
|---|---|
| **Author** | Ricky Rivera (Facebook: 100005757518453) |
| **Sent** | 2020-10-06 22:35:02 UTC |
| **Body** | Kewone missed your video chat. |

| | |
|---|---|
| **Author** | KewoneBrooksII (Facebook: 100050164514246) |
| **Sent** | 2020-10-06 22:35:28 UTC |
| **Body** | You missed a call from Kewone. |

| | |
|---|---|
| **Author** | Ricky Rivera (Facebook: 100005757518453) |
| **Sent** | 2020-10-06 22:35:35 UTC |
| **Body** | Video call |

| | |
|---|---|
| **Author** | KewoneBrooksII (Facebook: 100050164514246) |
| **Sent** | 2020-10-06 22:36:07 UTC |
| **Body** | You missed a video chat with Kewone. |

| | |
|---|---|
| **Author** | KewoneBrooksII (Facebook: 100050164514246) |
| **Sent** | 2020-10-06 22:36:23 UTC |
| **Body** | Bro we not Finna play phone tag |

| | |
|---|---|
| **Author** | Ricky Rivera (Facebook: 100005757518453) |
| **Sent** | 2020-10-06 22:41:34 UTC |
| **Body** | Got that cannon for 8 |

| | |
|---|---|
| **Author** | KewoneBrooksII (Facebook: 100050164514246) |
| **Sent** | 2020-10-06 22:42:19 UTC |
| **Body** | Kewone sent a photo. |
| **Attachments** | image-683727212244489 (683727212244489) |

- December 2, 2020, conversation between the accounts "Ricky Rivera" and "Alicia Sierra." The conversation references the sale of suspected marijuana. The conversation begins page 4535.

**Author** Alicia Sierra (Facebook: 100003042259004)
**Sent** 2020-11-27 19:16:46 UTC
**Body** R u good on bag

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-11-27 20:20:48 UTC
**Body** Just got up my bad

**Author** Alicia Sierra (Facebook: 100003042259004)
**Sent** 2020-12-02 01:16:58 UTC
**Body** R u good on bag bro

**Author** Alicia Sierra (Facebook: 100003042259004)
**Sent** 2020-12-02 01:17:07 UTC
**Body** And do u still have cash app

**Author** Alicia Sierra (Facebook: 100003042259004)
**Sent** 2020-12-09 23:49:52 UTC
**Body** How much

**Author** Ricky Rivera (Facebook: 100005757518453)
**Sent** 2020-12-09 23:50:01 UTC
**Body** 10 for 150

35.     It should be noted the user of the account "Ricky Rivera" provides the address of 3400 West Scott Street, Milwaukee, Wisconsin, on multiple Facebook posts. This is the listed address on RIVERA's Wisconsin driver's license. RIVERA provides the address to various users on August 28, 2020, September 7, 2020, September 17, 2020, November 23, 2020, and November 29, 2020.

36.     Affiant knows from training, experience, and this investigation that electronics are critical to the function of firearm and drug traffickers. Throughout this investigation, communications using a wide variety of electronic platforms have facilitated logistics of firearms and drug trafficking. These communications are interstate and international in nature. The platforms include email, internet gun brokering sites that allow the user to communicate, social media, and associated cellular phone applications, and cellular phones. The majority of these communications can be accessed via cellular phone, computer, tablet, or any electronic device that can communicate over the internet. Affiant has observed communications, detailed above,

captured from several of our suspects who use these platforms and show that these platforms and devices are indeed used for the trafficking of firearms and drugs. Such evidence includes photographs of trafficked firearms, photographs of illegal drugs, conversations regarding the trafficking of firearms and drugs and conspirator identifications, and statements regarding personal drug use.

## SURVEILLANCE OF RIVERA

37.     On December 22, 2020, agents observed the 2020 black Nissan Sentra bearing Wisconsin license plate AGP-1091 parked outside of 3400 West Scott Street, Milwaukee, Wisconsin. This vehicle is registered to RIVERA at that address.

38.     On December 29, 2020, at approximately 12:55 p.m., agents observed the 2020 black Nissan Sentra bearing Wisconsin plate AGP-1091 turn on via an apparent remote start.  At approximately 1:04 p.m., your affiant observed RIVERA exit the side door to the residence and get into the driver side door of the vehicle. At 1:06 p.m., a female identified as Thaliana Larriuz (W/F, DOB: 10/12/1999) exited the same door and entered the passenger side door of the vehicle. Your affiant has observed several social media posts depicting RIVERA and LARRIUZ together in what appears to be a romantic relationship. The vehicle departed the location and surveillance was terminated.

39.     On February 23, 2021, at approximately 1:42 p.m., your affiant observed Ricky RIVERA walk in front of the residence located at 3400 West Scott Street, Milwaukee Wisconsin. RIVERA got into the driver's seat of a 2020 Nissan Sentra bearing state of Wisconsin license plate AGP-1091, which was parked on the street in front of the aforementioned address. RIVERA then drove the vehicle to the parking lot (Chicken Palace) located at 3433 West National Avenue, Milwaukee Wisconsin.

40.    On February 23, 2021, at approximately 1:47 p.m., SA Gabriel Lowrance observed the aforementioned vehicle parked in the parking lot of 3433 West National Avenue. RIVERA was in the driver's seat of his vehicle, was backed into a parking spot and parked next to a white SUV bearing Illinois license plate BZ69679.  A Hispanic male walked from between the SUV and RIVERA's vehicle, around the front of the white SUV, and then entered the SUV through the driver's door.  RIVERA then left the parking lot and drove south on South 34th Street toward his residence.

41.    On February 23, 2021, at approximately 1:55 p.m., SA Lowrance observed RIVERA's vehicle parked behind 3430 West National Avenue, this building appeared to be an apartment complex.  An individual wearing a maroon and yellow jacket with a hood over their head was observed walking from the rear of the building.  The individual walked to the rear passenger side door of RIVERA's vehicle and entered the vehicle. Agents did not observe this individual exit the 2020 Nissan Sentra, but believed he eventually exited the vehicle based on subsequent surveillance of RIVERA. RIVERA then left the parking lot and began traveling south on South 35th Street.

42.    On February 23, 2021, at approximately 2:06 p.m., SA Lowrance observed RIVERA driving the Nissan in the 600 block of West Historic Mitchell Street.  RIVERA parked his vehicle in front of 628 West Historic Mitchell Street.  RIVERA exited the driver's door of the vehicle.  Thaliana Larriuz (W/F, DOB: 10/12/1999) exited the passenger side door of the vehicle. It should be noted, Larriuz did not match the description of the individual observed entering the same door behind 3430 West National Avenue. It should be noted the rapid meetings with two separate individuals could be consistent with street level narcotic sales. SA Lowrance is aware individuals getting in and out of vehicles in quick fashion can be indicative of a transaction

occurring inside the vehicle.

<strong>IDENTIFICATION OF RIVERA'S RESIDENCE</strong>

43.     Your affiant believes RIVERA resides at 3400 West Scott Street, Milwaukee, Wisconsin, 53215.  RIVERA lists this residence on his Wisconsin driver's license.  RIVERA's vehicle is registered to RIVERA at this address. Through Facebook posts, RIVERA provides this address to multiple invidividuals as outlined in paragraph 35. Lastly, agents observed RIVERA at the residence on December 29, 2020 and February 23, 2021.

<strong>TECHNICAL TERMS</strong>

44.     Based on my training and experience, I use the following technical terms to convey the following meanings:

a.     Wireless telephone:  A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals.  These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones.  A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone.  In addition to enabling voice communications, wireless telephones offer a broad range of capabilities.  These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet.  Wireless telephones may also

include global positioning system ("GPS") technology for determining the location of the device.

b.  Digital camera:  A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film.  Digital cameras use a variety of fixed and removable storage media to store their recorded images.  Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader.  Removable storage media include various types of flash memory cards or miniature hard drives.  Most digital cameras also include a screen for viewing the stored images.  This storage media can contain any digital data, including data unrelated to photographs or videos.

c.  Portable media player:  A portable media player (or "MP3 Player" or iPod) is a handheld digital storage device designed primarily to store and play audio, video, or photographic files.  However, a portable media player can also store other digital data.  Some portable media players can use removable storage media.  Removable storage media include various types of flash memory cards or miniature hard drives.  This removable storage media can also store any digital data.  Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

d.  GPS:  A GPS navigation device uses the Global Positioning System to display its current location.  It often contains records the locations where it has been.  Some

GPS navigation devices can give a user driving or walking directions to another location. These devices can contain records of the addresses or locations involved in such navigation. The Global Positioning System (generally abbreviated "GPS") consists of 24 NAVSTAR satellites orbiting the Earth. Each satellite contains an extremely accurate clock. Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers. These signals are sent by radio, using specifications that are publicly available. A GPS antenna on Earth can receive those signals. When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

e. PDA: A personal digital assistant, or PDA, is a handheld electronic device used for storing data (such as names, addresses, appointments or notes) and utilizing computer programs. Some PDAs also function as wireless communication devices and are used to access the Internet and send and receive e-mail. PDAs usually include a memory card or other removable storage media for storing data and a keyboard and/or touch screen for entering data. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can store any digital data. Most PDAs run computer software, giving them many of the same capabilities as personal computers. For example, PDA users can work with word-processing documents, spreadsheets, and presentations. PDAs may also include global positioning system ("GPS") technology for determining the location of the device.

f. IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

g. Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

f. IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

## <u>ATTACHMENT A</u>

### Property to Be Searched

1.      Ricky R RIVERA's residence identified as 3400 West Scott Street, Milwaukee, Wisconsin, 53215 (see photo below). The structure can further be described as a two-story, multi-family duplex with separate addresses. 3400 West Scott Street, Milwaukee, Wisconsin, is the lower unit of the duplex. The duplex has white and cream in color vinyl siding with white trim, there is a porch that leads to two doors to the units and an upstairs porch which has a red railing lining it. There are white storm doors gates covering both doors and the number "3400" appears to the far east pillar which is closest to the eastern most door of the structure. The number "3402" appears on the western most pillar, which leads to the upper unit (not covered by warrant).



2.      A 2020 black Nissan Sentra Sedan, bearing VIN #3N1AB8CVXLY211305, and Wisconsin license plate AGP-1091, which is registered to RIVERA at the above address (see

photo below).



# ATTACHMENT B
## Particular Things to be Seized

1.     All records, information, and items related to violations of 18 U.S.C § 922(a)(1)(A) (engaging in a firearms business without a license), 26 U.S.C. § 5861(b) (Receipt or Possession of Firearm Transferred in Violation of the NFA), 26 U.S.C. § 5861(d) (Possession of Unregistered NFA), 26 U.S.C. § 5861(e) (Transferring Firearm in Violation of NFA), 26 U.S.C. § 5861(f) (Making Firearm in Violation of NFA), 26 U.S.C. § 5861(i) (Possession of NFA without a Serial Number), 18 U.S.C. § 924(c) (possessing a firearm during the commission of a drug crime), 21 U.S.C. §§ 841 & 846 (conspiracy to distribute controlled substance(s)). Those violations involving Ricky RIVERA and occurring after January 1, 2019, including:

    a.  ATF Forms 4473, firearms, firearm boxes, bipods, tripods, receipts and any records related to firearms, firearms accessories, ammunition, financial documents that show a transfer of proceeds of the above schemes, computers, electronics capable of storage, communication, and/or internet access, and cellphones;

    b.  Illegal drugs, drug paraphernalia, items associated with drug use, to include suspected marijuana, cocaine, cocaine HCL, heroin, fentanyl, methamphetamine and other schedule one narcotics not listed above.

    c.  For computers, cell phones, and electronics capable of communication or storage:

        evidence of who used, owned, or controlled the device at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

        evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

        evidence indicating the computer user's state of mind as it relates to the crime under investigation;

        evidence of the attachment to the computer of other storage devices or similar containers for electronic evidence;

        evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the computer;

        evidence of the times the computer was used;

        passwords, encryption keys, and other access devices that may be necessary to access the computer;

documentation and manuals that may be necessary to access the computer or to conduct a forensic examination of the computer;

records of or information about Internet Protocol addresses used by the computer;

records of or information about the computer's internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any internet search engine, and records of user-typed web addresses;

contextual information necessary to understand the evidence described in this attachment;

lists of contacts and any identifying information;

photographs, videos, or other media storage connected to firearms;

d. any information about types, amounts, and prices of firearms/drugs purchased/sold;

e. any information related to sources or purchasers of firearms/drugs (including names, addresses, phone numbers, or any other identifying information);

f. all bank records, checks, credit card bills, account information, and other financial records related to firearms commerce;

g. any and all financial records connected to the purchase/sale of firearms and any correspondence between suspects and other firearms sellers and/or purchasers;

h. proceeds of firearm/drug trafficking activities, including United States currency;

i. all bank records, checks, credit card bills, account information, and other financial records, documents, statements, or other evidence related to financial accounts and investment funds;

j. personal address books, telephone bills, photographs, letters, personal notes, documents and other items or lists reflecting names, addresses, telephone numbers, addresses and communications regarding illegal activities among and between members and associates involved in firearm trafficking activities;

k. records of off-site locations to store proceeds and other records, including safes, vaults, or lock boxes, safe deposit box keys, records and receipts and rental agreements for storage facilities;

2. Indicia of occupancy, residency or ownership of the target property, including utility bills, telephone bills, loan payment receipts, addressed envelopes, escrow documents and keys.

3.      As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

4.      The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded.  Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

56